## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                              **Plaintiff**

**v.**                               **Case No.: 3:21–cr–00016–JM**

**John Joubert**                                                                          **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Arraignment has been set in this case for August 29, 2022, at 02:00 PM before Magistrate Judge J. Thomas Ray in Little Rock Courtroom # 1C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** August 15, 2022                                         AT THE DIRECTION OF THE COURT
                                                                  TAMMY H. DOWNS, CLERK

                                                                  **By:** Suzy Flippen, Deputy Clerk


Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas