# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: <u>4:22−mj−01625</u>−1
### *Internal Use Only*

Case title: USA v. Joubert

Date Filed: 07/19/2022

Other court case number:  3:21−cr−16 Eastern District of
Arkansas, Northern Division

Date Terminated: 08/12/2022

Assigned to: Magistrate Judge
Dena Hanovice Palermo

**Defendant (1)**

**John Joubert**
*TERMINATED: 08/12/2022*

represented by **George Michael DeGeurin , Jr**
Foreman DeGeurin et al.
300 Main St
3rd Floor
Houston, TX 77002
713−655−9000
Email: <u>m2degeurin@fddlaw.net</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| 18 U.S.C. 2113 Bank robbery and incidental crimes, 18 U.S.C. 371 Conspiracy | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Aug 12, 2022
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK

**Plaintiff**

**USA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/19/2022 | 1 | | Copy of Indictment from Eastern District of Arkansas, Northern Division, Case No 3:21−cr−16 as to John Joubert, filed.(JosephWells, 4) (Entered: 07/19/2022) |
| 07/19/2022 | | | Arrest (Rule 40) of John Joubert, filed. (JosephWells, 4) (Entered: 07/19/2022) |
| 07/19/2022 | | | Set Hearing as to John Joubert: Initial Appearance − Rule 40 set for 7/19/2022 at 01:00 PM by video before Magistrate Judge Dena Hanovice Palermo (JosephWells, 4) (Entered: 07/19/2022) |
| 07/19/2022 | 2 | | Arrest Warrant issued 04/07/2021; Returned Executed on 07/19/2022 as to John Joubert. Defendant was arrested in Houston, TX. Document restricted from PACER under privacy policy., filed. (JosephWells, 4) (Entered: 07/19/2022) |
| 07/19/2022 | | | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 7/19/2022 before Magistrate Judge Dena Hanovice Palermo as to John Joubert. Defendant first appearance on Indictment from the Arkansas Eastern District Court 3−21−cr−16 and advised of rights/charges. Defendant requests appointed counsel, Financial Affidavit executed on the record, Defendant appeared with counsel. Order appointing private counsel to be entered for limited purpose (Bryan or Palermo), Order of Temporary Detention Pending Hearing to be entered. Identity and Detention Hearing set for 7/21/2022 at 09:00 AM in by video before Magistrate Judge Dena Hanovice Palermo Defendant orally waived his in person appearance and consented to appear by video on the record. Appearances: AUSA Jay Hileman f/USA; George DeGeurin (CJA) f/Deft.(ERO:Yes) (Interpreter: No) Defendant remanded to custody, filed.(cfelchak, 4) (Entered: 07/19/2022) |
| 07/19/2022 | 3 | | ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE for Defendant John Joubert. George DeGeurin appointed. (Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (cfelchak, 4) (Entered: 07/19/2022) |
| 07/19/2022 | 4 | | BRADY ORDER on Rule 5(f) as to John Joubert. (Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (cfelchak, 4) (Entered: 07/19/2022) |
| 07/19/2022 | 5 | | Order of Temporary Detention Pending Hearing as to John Joubert Identity and Detention Hearing set for 7/21/2022 at 09:00 AM in by video before Magistrate Judge Dena Hanovice Palermo ( Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (cfelchak, 4) (Entered: 07/19/2022) |
| 07/21/2022 | | | IDENTITY AND DETENTION HEARING Minute Entry for proceedings held on 7/21/2022 before Magistrate Judge Dena Hanovice Palermo as to John Joubert Defendant appeared with counsel. Hearing continued, Waiver of Identity executed on the record, Temporary Detention continued. Detention Hearing set for 7/22/2022 at 12:30 PM in by video before Magistrate Judge Dena Hanovice Palermo Defendant orally waived his in person appearance and consented to appear by video on the record Appearances: AUSA Jay Hileman f/USA; George DeGeurin (CJA) f/Deft.(ERO:Yes) (Interpreter: No) Deft remanded to custody, |

| | | | |
|---|---|---|---|
| | | | filed.(cfelchak, 4) (Entered: 07/21/2022) |
| 07/22/2022 | 6 | | NOTICE OF RESETTING as to John Joubert. Currently under quarantine at FDC Detention Hearing set for 8/1/2022 at 11:00 AM in by video before Magistrate Judge Dena Hanovice Palermo, filed. (cfelchak, 4) (Entered: 07/22/2022) |
| 08/01/2022 | 7 | | NOTICE OF RESETTING as to John Joubert. Detention Hearing set for 8/8/2022 at 10:00 AM by video before Magistrate Judge Dena Hanovice Palermo, filed. (cfelchak, 4) (Entered: 08/01/2022) |
| 08/08/2022 | | | DETENTION HEARING Minute Entry for proceedings held on 8/8/2022 before Magistrate Judge Dena Hanovice Palermo as to John Joubert Defendant appeared with counsel. Order of Temporary Detention Pending Hearing to be entered. Bond Hearing set for 8/11/2022 at 03:00 PM in by video before Magistrate Judge Dena Hanovice Palermo Defendant orally waived his in person appearance and consented to appear by video on the record. Appearances: AUSA Jay Hileman f/USA; George DeGeurin (CJA) f/Deft.(ERO:Yes) (Interpreter: No) Deft remanded to custody, filed.(cfelchak, 4) (Entered: 08/08/2022) |
| 08/08/2022 | 8 | | Order of Temporary Detention Pending Hearing as to John Joubert Bond Hearing set for 8/11/2022 at 03:00 PM in by video before Magistrate Judge Dena Hanovice Palermo ( Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (cfelchak, 4) (Entered: 08/08/2022) |
| 08/11/2022 | | | BOND HEARING Minute Entry for proceedings held on 8/11/2022 before Magistrate Judge Dena Hanovice Palermo as to John Joubert Defendant appeared with counsel. Bond set, Secured $50,000 with $2,000 cash deposit, Defendant advised of conditions of release, Surety signature(s) required, Defendant to be released after bond perfected. Defendant orally waived his in person appearance and consented to appear by video on the record. Appearances: AUSA Britni Cooper f/USA; George DeGeurin (CJA) f/Deft.(ERO:Yes) (Interpreter: No) Defendant remanded to custody, filed.(cfelchak, 4) (Entered: 08/11/2022) |
| 08/11/2022 | | | Bond payment received for John Joubert. Payment submitted by John Carroll Joubert in the amount of $2000.00. Receipt number # HOU110672, filed. (jdav, 4) (Entered: 08/12/2022) |
| 08/12/2022 | 9 | | Pretrial Services Report (Sealed) as to John Joubert, filed. (ChristopherSimmons, 4) (Entered: 08/12/2022) |
| 08/12/2022 | 10 | | Addendum to 9 Pretrial Services Report (Sealed) as to John Joubert, filed. (ChristopherSimmons, 4) (Entered: 08/12/2022) |
| 08/12/2022 | 11 | | Addendum to 9 Pretrial Services Report (Sealed) as to John Joubert, filed. (ChristopherSimmons, 4) (Entered: 08/12/2022) |
| 08/12/2022 | 12 | | Secured Bond Entered as to John Joubert in amount of $ 50,000,, filed. (cfelchak, 4) (Entered: 08/12/2022) |
| 08/12/2022 | 13 | | ORDER Setting Conditions of Release as to John Joubert. ( Signed by Magistrate Judge Dena Hanovice Palermo) (Attachments: # 1 Unredacted attachment) Parties notified. (cfelchak, 4) (Entered: 08/12/2022) |

| | | | |
|---|---|---|---|
| 08/12/2022 | | | RULE 5 Papers sent to Eastern District of Arkansas Division as to John Joubert, filed.(cfelchak, 4) (Entered: 08/12/2022) |

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:38008581@txs.uscourts.gov
Subject:Activity in Case 4:22-mj-01625 USA v. Joubert Set/Reset Deadlines/Hearings
Content−Type: text/html
```

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

**Notice of Electronic Filing**

The following transaction was entered on 7/19/2022 at 10:24 AM CDT and filed on 7/19/2022

| | |
|---|---|
| **Case Name:** | USA v. Joubert |
| **Case Number:** | 4:22−mj−01625 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 Set Hearing as to John Joubert: Initial Appearance − Rule 40 set for 7/19/2022 at 01:00 PM by video before Magistrate Judge Dena Hanovice Palermo (JosephWells, 4)

**4:22−mj−01625−1 Notice has been electronically mailed to:**

**4:22−mj−01625−1 Notice has not been electronically mailed to:**

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:38008555@txs.uscourts.gov
Subject:Activity in Case 4:22-mj-01625 USA v. Joubert Arrest - Rule 40
```
Content−Type: text/html

### U.S. District Court

### SOUTHERN DISTRICT OF TEXAS

**Notice of Electronic Filing**

The following transaction was entered on 7/19/2022 at 10:23 AM CDT and filed on 7/19/2022

| | |
|---|---|
| **Case Name:** | USA v. Joubert |
| **Case Number:** | 4:22−mj−01625 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 40) of John Joubert, filed. (JosephWells, 4)**

**4:22−mj−01625−1 Notice has been electronically mailed to:**

**4:22−mj−01625−1 Notice has not been electronically mailed to:**

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: George Michael DeGeurin, Jr (blujan@fddlaw.net, jpadilla@fddlaw.net,
m2degeurin@fddlaw.net)
--Non Case Participants:
--No Notice Sent:

Message-Id:38012546@txs.uscourts.gov
Subject:Activity in Case 4:22-mj-01625 USA v. Joubert Initial Appearance - Rule 5(c)(3)
Content-Type: text/html
```

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

**Notice of Electronic Filing**

The following transaction was entered on 7/19/2022 at 3:50 PM CDT and filed on 7/19/2022

| | |
|---|---|
| **Case Name:** | USA v. Joubert |
| **Case Number:** | 4:22−mj−01625 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 7/19/2022
before Magistrate Judge Dena Hanovice Palermo as to John Joubert. Defendant first
appearance on Indictment from the Arkansas Eastern District Court 3−21−cr−16 and advised
of rights/charges. Defendant requests appointed counsel, Financial Affidavit executed on the
record, Defendant appeared with counsel. Order appointing private counsel to be entered for
limited purpose (Bryan or Palermo), Order of Temporary Detention Pending Hearing to be
entered. Identity and Detention Hearing set for 7/21/2022 at 09:00 AM in by video before
Magistrate Judge Dena Hanovice Palermo Defendant orally waived his in person appearance
and consented to appear by video on the record. Appearances: AUSA Jay Hileman f/USA;
George DeGeurin (CJA) f/Deft.(ERO:Yes) (Interpreter: No) Defendant remanded to custody,
filed.(cfelchak, 4)**

**4:22−mj−01625−1 Notice has been electronically mailed to:**

George Michael DeGeurin , Jr &nbsp &nbsp m2degeurin@fddlaw.net, blujan@fddlaw.net,
jpadilla@fddlaw.net

**4:22−mj−01625−1 Notice has not been electronically mailed to:**

United States District Court
Southern District of Texas
**ENTERED**
July 19, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:22−mj−01625 |
| | § | |
| John Joubert | § | |

## ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE

Because the Defendant, John Joubert, has satisfied this court that (s)he is financially unable to employ counsel for initial appearance only and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent Defendant in the above designated case for the **limited purpose of any hearing conducted in Houston, Texas**, and shall have no effect once the Defendant is transferred to the original court in the Arkansas Eastern District Court, Little Rock Division. Once transferred, the original court must make a new determination on whether the Defendant satisfies the requirements for appointed counsel based on the information available to the court at that time.

### Attorney appointed: George DeGeurin

The appointment **SHALL** remain in effect until Defendant is transferred to the original jurisdiction and this case is terminated in the Southern District of Texas.

Signed on July 19, 2022.

*Dena Palermo*
Dena Hanovice Palermo
United States Magistrate Judge

12

United States District Court
Southern District of Texas
**ENTERED**
July 19, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:22−mj−01625 |
| | § | |
| John Joubert | § | |

**ORDER**

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is **ORDERED** to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is also notified of the potential consequences of violating this Order and the disclosure obligations. The consequences include, but are not limited to, sanctions such as delaying trial or other proceedings, excluding evidence, giving adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in contempt.

It is so **ORDERED**.

**SIGNED** on July 19, 2022.

Dena Hanovice Palermo
United States Magistrate Judge

13

United States District Court
Southern District of Texas
**ENTERED**
July 19, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:22−mj−01625 |
| | § | |
| John Joubert | § | |

## ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Identity and Detention Hearing
July 21, 2022 at 09:00 AM
by video

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 19, 2022

Dena Hanovice Palermo
United States Magistrate Judge

14

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: George Michael DeGeurin, Jr (blujan@fddlaw.net, jpadilla@fddlaw.net,
m2degeurin@fddlaw.net)
--Non Case Participants:
--No Notice Sent:

Message-Id:38025476@txs.uscourts.gov
Subject:Activity in Case 4:22-mj-01625 USA v. Joubert Identity and Detention Hearing
Content-Type: text/html
```

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 7/21/2022 at 12:39 PM CDT and filed on 7/21/2022

| | |
|---|---|
| **Case Name:** | USA v. Joubert |
| **Case Number:** | 4:22−mj−01625 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **IDENTITY AND DETENTION HEARING Minute Entry for proceedings held on 7/21/2022
before Magistrate Judge Dena Hanovice Palermo as to John Joubert Defendant appeared
with counsel. Hearing continued, Waiver of Identity executed on the record, Temporary
Detention continued. Detention Hearing set for 7/22/2022 at 12:30 PM in by video before
Magistrate Judge Dena Hanovice Palermo Defendant orally waived his in person appearance
and consented to appear by video on the record Appearances: AUSA Jay Hileman f/USA;
George DeGeurin (CJA) f/Deft.(ERO:Yes) (Interpreter: No) Deft remanded to custody,
filed.(cfelchak, 4)**


**4:22−mj−01625−1 Notice has been electronically mailed to:**

George Michael DeGeurin , Jr &nbsp &nbsp m2degeurin@fddlaw.net, blujan@fddlaw.net,
jpadilla@fddlaw.net

**4:22−mj−01625−1 Notice has not been electronically mailed to:**

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v.                                                    Case Number: 4:22−mj−01625

John Joubert

---

**NOTICE OF RESETTING**

**A proceeding has been reset in this case as to John Joubert as set forth below.**

**Before the Honorable Dena Hanovice Palermo**

**PLACE:**
by video

**DATE:** 8/1/2022

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Detention Hearing

---

Date: July 22, 2022                                  Nathan Ochsner, Clerk

16

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v.                                                    Case Number: 4:22−mj−01625

John Joubert

---

### NOTICE OF RESETTING

**A proceeding has been reset in this case as to John Joubert as set forth below.**

**Before the Honorable Dena Hanovice Palermo**

**PLACE:**
by video


**DATE:** 8/8/2022

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Detention Hearing

---

Date: August 1, 2022                                    Nathan Ochsner, Clerk

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: George Michael DeGeurin, Jr (blujan@fddlaw.net, jpadilla@fddlaw.net,
m2degeurin@fddlaw.net)
--Non Case Participants:
--No Notice Sent:

Message-Id:38121636@txs.uscourts.gov
Subject:Activity in Case 4:22-mj-01625 USA v. Joubert Detention Hearing
Content-Type: text/html
```

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 8/8/2022 at 11:25 AM CDT and filed on 8/8/2022

| | |
|---|---|
| **Case Name:** | USA v. Joubert |
| **Case Number:** | 4:22−mj−01625 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 DETENTION HEARING Minute Entry for proceedings held on 8/8/2022 before Magistrate Judge Dena Hanovice Palermo as to John Joubert Defendant appeared with counsel. Order of Temporary Detention Pending Hearing to be entered. Bond Hearing set for 8/11/2022 at 03:00 PM in by video before Magistrate Judge Dena Hanovice Palermo Defendant orally waived his in person appearance and consented to appear by video on the record. Appearances: AUSA Jay Hileman f/USA; George DeGeurin (CJA) f/Deft.(ERO:Yes) (Interpreter: No) Deft remanded to custody, filed.(cfelchak, 4)


**4:22−mj−01625−1 Notice has been electronically mailed to:**

George Michael DeGeurin , Jr &nbsp &nbsp m2degeurin@fddlaw.net, blujan@fddlaw.net, jpadilla@fddlaw.net

**4:22−mj−01625−1 Notice has not been electronically mailed to:**

United States District Court
Southern District of Texas
**ENTERED**
August 08, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:22−mj−01625 |
| | § | |
| John Joubert | § | |

**ORDER OF DETENTION PENDING HEARING**

A hearing in this case is scheduled as follows:

Bond Hearing
August 11, 2022 at 03:00 PM
by video

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: August 8, 2022

Dena Hanovice Palermo
United States Magistrate Judge

19

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: George Michael DeGeurin, Jr (blujan@fddlaw.net, jpadilla@fddlaw.net,
m2degeurin@fddlaw.net)
--Non Case Participants:
--No Notice Sent:

Message-Id:38153248@txs.uscourts.gov
Subject:Activity in Case 4:22-mj-01625 USA v. Joubert Bond Hearing
```
Content−Type: text/html

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 8/11/2022 at 5:07 PM CDT and filed on 8/11/2022

| | |
|---|---|
| **Case Name:** | USA v. Joubert |
| **Case Number:** | <u>4:22−mj−01625</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**BOND HEARING Minute Entry for proceedings held on 8/11/2022 before Magistrate Judge
Dena Hanovice Palermo as to John Joubert Defendant appeared with counsel. Bond set,
Secured $50,000 with $2,000 cash deposit, Defendant advised of conditions of release,
Surety signature(s) required, Defendant to be released after bond perfected. Defendant orally
waived his in person appearance and consented to appear by video on the record.
Appearances: AUSA Britni Cooper f/USA; George DeGeurin (CJA) f/Deft.(ERO:Yes)
(Interpreter: No) Defendant remanded to custody, filed.(cfelchak, 4)**

**4:22−mj−01625−1 Notice has been electronically mailed to:**

George Michael DeGeurin , Jr &nbsp &nbsp m2degeurin@fddlaw.net, blujan@fddlaw.net,
jpadilla@fddlaw.net

**4:22−mj−01625−1 Notice has not been electronically mailed to:**

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: George Michael DeGeurin, Jr (blujan@fddlaw.net, jpadilla@fddlaw.net,
m2degeurin@fddlaw.net)
--Non Case Participants:
--No Notice Sent:

Message-Id:38155668@txs.uscourts.gov
Subject:Activity in Case 4:22-mj-01625 USA v. Joubert Receipt of Bond Payment
```
Content−Type: text/html

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

**Notice of Electronic Filing**


The following transaction was entered on 8/12/2022 at 11:47 AM CDT and filed on 8/11/2022

| | |
|---|---|
| **Case Name:** | USA v. Joubert |
| **Case Number:** | <u>4:22−mj−01625</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Bond payment received for John Joubert. Payment submitted by John Carroll Joubert in the amount of $2000.00. Receipt number # HOU110672, filed. (jdav, 4)**


**4:22−mj−01625−1 Notice has been electronically mailed to:**

George Michael DeGeurin , Jr &nbsp &nbsp m2degeurin@fddlaw.net, blujan@fddlaw.net,
jpadilla@fddlaw.net

**4:22−mj−01625−1 Notice has not been electronically mailed to:**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | 4:22-MJ-01625 |
| | § | |
| John Joubert | § | |

## APPEARANCE BOND
### Defendant's Agreement

I, John Joubert *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( ☒ ) to appear for court proceedings;

( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or

( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☐ ) (1) This is a personal recognizance bond.

( ☐ ) (2) This is an unsecured bond of $

( ☒ ) (3) This is a secured bond of $ 50,000.00, secured by: Sister, Mother and Father.

( ☒ ) (a) $ 2,000.00, in cash deposited with the court.

( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other

property (*describe the cash or other property, including claims on it – such as a lien,*

*mortgage, or loan – and attach proof of ownership and value*):

\<Description of cash or property\>

If this bond is secured by real property, documents to protect the secured interest may be

filed of record.

( ☐ ) (c) a bail bond with a solvent surety (*attach a copy of the bail bond, or describe it and identify the surety*):

\<Surety description\>

1 / 3

**Forfeiture or Release of the Bond**

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

**Declarations**

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1) all owners of the property securing this appearance bond are included on the bond;
    (2) the property is not subject to claims, except as described above; and
    (3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: X 8/11/22

Sister

Rosemarie Carter
Surety/property owner – printed name

Father

John Joubert
Surety/property owner – printed name

Mother

Tangia Carter
Surety/property owner – printed name

X
Defendant's signature

Surety/property owner – signature and date

Surety/property owner – signature and date

Surety/property owner – signature and date

**CLERK OF COURT**

Date: _____

_____
Signature of Clerk or Deputy Clerk

Approved.

2 / 3

37

Date: <u>August 12, 2022</u>

<u>Dena Palermo</u>
Judge's signature

3 / 3

38

AO 199A (Rev. 06/19)  Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 4:22-mj-1625- |
| John Joubert | ) | | |
| *Defendant* | ) | | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear        Immediately upon release from USM custody
                                                                *Date and Time*


at        Pretrial Services, 515 Rusk St., 6th Floor, Houston, TX 77002
                                                        *Place*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

39

AO 199B (Rev. 12/20) Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( X ) (6) The defendant is placed in the custody of: _Aunt._
Person or organization _Wande Harris_
Address *(only if above is an organization)*
City and state

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _Wanda H_____  _08/11/2022_
                    Custodian                                    Date

( X ) (7) The defendant must:

( X ) (a) submit to supervision by and report for supervision to the _Pretrial Services_
telephone number _____, no later than _____.

( X ) (b) Maintain or actively seek FULL-TIME verifiable employment.

( ☐ ) (c) continue or start an education program.

( X ) (d) surrender any passport to: _____

( X ) (e) not obtain a passport or other international travel document.

( X ) (f) abide by the following restrictions on personal association, residence, or travel: _Grimes & Surrounding Counties_
_with permission to travel to ＃ ED/AR & Harris County in advance_

( X ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, _Notice to PO_
including: _Co Defendants or Co Conspirators_ _For Court_

( ☐ ) (h) get medical or psychiatric treatment: _____

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( X ) (k) not possess a firearm, destructive device, or other weapon.

( X ) (l) not use alcohol ( ☐ ) at all ( X ) excessively.

( X ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical medical practitioner. Do not use or consume products containing or marketed as cannabidiol (CBD)

( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( X ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

( X ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( X ) as directed by the pretrial services office or supervising officer; or

( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or

( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

( ☒ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:

    ( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or

    ( ☐ ) (ii)  Voice Recognition; or

    ( ☐ ) (iii) Radio Frequency; or

    ( ☒ ) (iv) GPS.

( ☒ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t) _____

AO 199C    (Rev. 09/08)  Advice of Penalties                                          Page ___4___ of ___4___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

      Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

      While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

      It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

      If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

    (1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more -- you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3)  any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4)  a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

      A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

      I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

x _____

_____
*Street, City, State, and Phone Number*

## Directions to the United States Marshal

( ☐ )  The defendant is ORDERED released after processing.

( ☒ )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____   August 12, 2022

_____
*Judicial Officer's Signature*

_____
Dena Hanovice Palermo
*Printed name and title*

DISTRIBUTION:   COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

42

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: George Michael DeGeurin, Jr (blujan@fddlaw.net, jpadilla@fddlaw.net,
m2degeurin@fddlaw.net)
--Non Case Participants:
--No Notice Sent:

Message-Id:38158319@txs.uscourts.gov
Subject:Activity in Case 4:22-mj-01625 USA v. Joubert Rule 5 Papers Sent
```
Content−Type: text/html

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

**Notice of Electronic Filing**

The following transaction was entered on 8/12/2022 at 3:46 PM CDT and filed on 8/12/2022

| | |
|---|---|
| **Case Name:** | USA v. Joubert |
| **Case Number:** | <u>4:22−mj−01625</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **RULE 5 Papers sent to Eastern District of Arkansas Division as to John Joubert,
filed.(cfelchak, 4)**

**4:22−mj−01625−1 Notice has been electronically mailed to:**

George Michael DeGeurin , Jr &nbsp &nbsp m2degeurin@fddlaw.net, blujan@fddlaw.net,
jpadilla@fddlaw.net

**4:22−mj−01625−1 Notice has not been electronically mailed to:**