UNITED STATES DISTRICT COURT
Eastern District of Arkansas

Received
2021 APR -8 AM 10: 16

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 0 1 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

United States of America
v.
John Joubert
*Defendant*

Case No.: 3:21CR00016-03 JM

# ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **John Joubert**
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows: 18 U.S.C. 2113 Bank robbery and incidental crimes, 18 U.S.C. 371 Conspiracy, as further explained in the attached documents.

Date: April 7, 2021

_____
*Issuing officer's signature*

City and state: Little Rock, Arkansas

JAMES W. MCCORMACK, CLERK
*Printed name and title*

## Return

This warrant was received on *(date)* 4/8/2021, and the person was arrested on *(date)* 7/18/2022
at *(city and state)* SD/TX

Date: 8/30/2022

FBI Alexander by C.J.
*Arresting officer's signature*

FBI Alexander by C. Young
*Printed name and title*